UNITED STATES of America, Plaintiff–Appellee

v.

Thomas Terry LAMBERT, Defendant–Appellant.

No. 04–40722

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2007.

James Lee Turner, Assistant U.S. Attorney. U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Thomas Terry Lambert, San Antonio, TX, pro se.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The attorney appointed to represent Thomas Terry Lambert has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lambert has filed a response. Our independent review of the record, counsel's brief, and Lambert's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.